E. K. HAYMORE and O. B. BAILEY, Executors, v. KATHERINE H. STUBBS.

150 So. 262.
Division A.
Opinion Filed October 12, 1933.
Rehearing Denied November 27, 1933.

H. P. Philpot, for Appellants;
L. M. Hammell, for Appellee.

PER CURIAM.—When a general demurrer is interposed to a bill filed to foreclose a mortgage, such demurrer is properly overruled if the bill be found to contain any equity. In this case this Court finds from an examination of the transcript of the record that the bill of complaint is sufficient in substance; therefore, the order appealed from overruling a demurrer to it should be affirmed.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.